# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM CARROL SHEPHERD, III | Case Number:    3:04-00046 |
| | USM Number:    16616-075 |
| | Ronald Small |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __One (1), Two (2) and Three (3)__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not have contact with children under the age of 18 and shall report any unauthorized contact immediately to the Probation Officer | 3/30/13 |
| 2 | Defendant is restricted from engaging in any volunteer work, Occupation, business or profession where the Defendant has access To children | 3/30/13 |
| 3 | Defendant shall report to the Probation Officer and shall submit a Truthful and complete written report within the first five days of Each month | 4/1/13 |

     The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __8294__      May 9, 2013
Date of Imposition of Judgment

Defendant's Year of Birth: __1950__

*Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
     Mt. Juliet, TN

Todd J. Campbell, United States District Judge
Name and Title of Judge

May 9, 2013
Date

AO 245D     (Rev. 12/07 Judgment in a Criminal Case for Revocations  
Sheet 2 – Imprisonment

| | |
|---|---|
| DEFENDANT: WILLIAM CARROL SHEPHERD, III | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:04-00046 | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __five (5) months__

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

    1. Incarceration at Texarkana, Texas, if consistent with Defendant's security classification.

____ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

__X__ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __X__ before 2 p.m. on __May 23, 2013__

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                                                                          _____

                                                                                          United States Marshal

By: _____

        Deputy United States Marshal